1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:25-po-00016-CDB
12 |         Plaintiff,               | [Citation #E1389213 CA/14]
13 | v.                               | MOTION AND [PROPOSED] ORDER FOR
                                       DISMISSAL
14 | GEORGE W. WENTZ,
15 |         Defendant.
16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E1389213

20 CA/14] in Case No. 5:25-po-00016-CDB against GEORGE W. WENTZ, without prejudice, in the

21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: February 27, 2025              Respectfully submitted,

24                                       MICHELE BECKWITH
                                         Acting United States Attorney
25
                                   By:   /s/ *Chan Hee Chu*
26                                       CHAN HEE CHU
                                         Assistant United States Attorney
27

28
                                    1
                                                              U.S. v. Wentz
                                                              Case No. 5:25-po-00016-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #E1389213 CA/14] in Case No. 5:25-po-00016-CDB against GEORGE W. WENTZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 27, 2025**           _____
                                          UNITED STATES MAGISTRATE JUDGE